# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                                  **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                        **GREENBELT, MARYLAND 20770**
                                                                                                                                  **301-344-0052**

## M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:         *Melissa Hill v. Portfolio Recovery Associates, LLC*
              Case No. RWT 16-cv-1462

DATE:     July 8, 2016

\* \* \* \* \* \* \* \* \*

       Due to a change in the Court's calendar, the initial telephone status conference currently scheduled for July 14, 2016 at 5:00 p.m. is hereby **RESCHEDULED** for **July 14, 2016 at 9:00 a.m.**

       Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                      /s/
                                                      Roger W. Titus
                                                      United States District Judge