UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MELISSA HILL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>PORTFOLIO RECOVERY )<br>ASSOCIATES, LLC )<br>)<br>Defendant. )<br>) | Case No.: 8:16-cv-01462-RWT |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

/s/ Keith S. McGurgan
Keith S. McGurgan, Esq.
Portfolio Recovery Associates Inc.
140 Corporate Blvd
Norfolk, VA 23502
Phone: 757-519-9300
Fax: 757-732-2518
Email:kmcgurgan@portfoliorecovery.com
Attorney for the Defendant

Date: July 13, 2016

/s/ Amy L. Bennecoff
Amy L. Bennecoff, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 215-540-8817
Email: aginsburg@creditlaw.com
Attorney for Plaintiff

Date: July 13, 2016

BY THE COURT:

_____
Roger W Titus, J.                7/14/16